**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| RAVONDA WEATHERSPOON | ) | |
| | ) | |
| v. | ) | Case No. 1:02-CR-52 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## MEMORANDUM OF DECISION AND ORDER

Presently before the court is Petitioner Ravonda Weatherspoon's  "Motion Requesting [Leave] to File a Successive [Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C.] §2255" filed on May 31, 2005.  Although the application was filed in this court, the caption reflects that its intended recipient was the United States Court of Appeals for the Seventh Circuit. This makes sense since pursuant to 28 U.S.C. §2255, ¶8, she must  receive certification from the Seventh Circuit Court of Appeals prior to filing a successive §2255  motion in the District Court. Weatherspoon has not appended any notice that leave from the appellate court has been obtained to file a successive motion  and as a result, this court lacks jurisdiction over Weatherspoon's request. Nevertheless, the CLERK is DIRECTED to forward the petition to the United States Court of Appeals for the Seventh Circuit for filing along with a copy of this Order since this appears to be Weatherspoon's intention based upon the caption of her document.

SO ORDERED.

This 13th day of June, 2005

s/ William C. Lee
United States District Court
Northern District of Indiana

1